Jocelyn A. Merced, Esq.
Timothy A. Palmer, Esq. (*admitted pro hac vice*)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, New Jersey 07960
Telephone: (973) 656-1600
Facsimile: (973) 656-1611
*Attorneys for Defendant*
*Blue Cross Blue Shield of Alabama*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADVANCED ORTHOPEDICS AND SPORTS MEDICINE INSTITUTE, on behalf of Patient SZ, <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF ALABAMA, VF CORPORATION and VF CORPORATION MEDICAL EXPENSE REIMBURSEMENT PLAN, <br><br> Defendants. | Case No.: 3:20-cv-03545-BRM-TJB <br><br> *Civil Action* <br><br><br> **STIPULATION OF DISCONTINUANCE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys on behalf of their clients, plaintiff Advanced Orthopedics and Sports Medicine Institute, on behalf of Patient SZ and Defendant Blue Cross Blue Shield of Alabama, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) any and all claims in this action be and hereby are discontinued with prejudice and without costs, fees, or disbursements as to any party.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed by electronic, photocopy, or facsimile signatures, each of which shall be deemed to be treated as an original, and that this Stipulation may be filed by either party without further notice.

2

| | |
|---|---|
| **COHEN HOWARD, LLP** <br> 766 Shrewsbury Avenue, Suite 200 <br> Tinton Falls, NJ 087724 <br> *Attorneys for Plaintiff* <br> *Advanced Orthopedics and* <br> *Sports Medicine Institute,* <br> *on behalf of patient SZ* | **OGLETREE, DEAKINS, NASH,** <br> **SMOAK & STEWART, P.C.** <br> 10 Madison Avenue, Suite 400 <br> Morristown, NJ 07960 <br> Tel: (973) 656-1600 <br> *Attorneys for Defendant* <br> *Blue Cross Blue Shield of Alabama* |
| BY: *s/Michael F. Fried, Esq.* <br>     Michael F. Fried, Esq. | BY:  *s/Jocelyn A. Merced, Esq.* <br>     Jocelyn A. Merced, Esq. <br>     Timothy A. Palmer, Esq. *(admitted pro hac vice)* |
| Dated: May 16, 2022 | Dated: May 16, 2022 |

51510502.v1-OGLETREE